# Exhibit 3

# Purchase Order

Please send all invoices to Accounts Payable: accountspayable@rkindustries.com

**PO #:**

**MCINV-JO004**



RK SM

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

**Project Name**: Project SOCIOS

| | | |
|---|---|---|
| **Vendor:** | Powell Electrical Systems Inc<br>515 Railroad Ave<br>Northlake, IL  60164<br>708-409-1200 | **Date Ordered:** 03/09/2023<br>**Ordered By:** Amanda Brown<br>**Req'd Date On Site:** 4/14/23<br>**Payment Terms:** Net 30 Days |
| **Invoice :** | CONSOLIDATION COMPANY<br>3800 Xanthia Street<br>Denver, CO  80238-1757 | **Delivery Address:** RK Mission Critical, LLC<br>17450 E 32nd Place<br>Aurora, CO   80011<br>**Attention:** |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SPA ZONE 2 (S14/S18) NBY3A | Quote# 253967 | | | EA | 1.00 | 147,685.0000 | 147,685.00 | 04/14/2023 | | |
| | S18 Zone 2 (gPOER v3.0) Cable Bus Enclosure ONIP | Quote# 253968 | | | EA | 1.00 | 1,790,355.0000 | 1,790,355.00 | 04/14/2023 | | |
| | Retaining Clips to Module Structural Steel | Quote# 253968 | | | EA | 1.00 | 20,250.0000 | 20,250.00 | 04/14/2023 | | |
| FRT | Freight - DDP (Denver, CO) | Quote# 253968 | FGT | | EA | 1.00 | 38,000.0000 | 38,000.00 | 04/14/2023 | | |
| FRT | Freight - DDP (NYB03 Site) Cable Only | Quote# 253968 | FGT | | EA | 1.00 | 13,000.0000 | 13,000.00 | 04/14/2023 | | |
| | Accordian Program Support | Quote# 253968 | | | EA | 1.00 | 34,200.0000 | 34,200.00 | 04/14/2023 | | |
| | 7-Year Epidemic Failure Warranty | Quote# 253968 | | | EA | 1.00 | 52,935.0000 | 52,935.00 | 04/14/2023 | | |
| | Seismic Certification (S18 Configuration) | Quote# 253968 | | | EA | 1.00 | 18,000.0000 | 18,000.00 | 04/14/2023 | | |
| | | | | | | | **Subtotal** | **2,114,425.00** | | | |

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com

**PO #:**

MCINV-JO004

**Project Name**: Project SOCIOS

3800 Xanthia Street
Denver, CO 80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info: taxinfo@rkmi.com

**Tax Information For Internal Use Only**

| | |
|---|---|
| **Tax: 0.00%** | |
| Total | 2,114,425.00 |

**Notes:**

**For Tax Info Email:**
taxinfo@rkmi.com

**Purchasing Contact:** Amanda Brown

**Vendor Contact:**