# Exhibit 5

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com



**RK** SM

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

| PO #: |
|---|
| **MCINV-JO004** |

**Project Name**: Project SOCIOS

| **Vendor:** | **Powell Electrical Systems Inc** | **Date Ordered:** | 03/09/2023 |
|---|---|---|---|
| | 515 Railroad Ave | **Ordered By:** | Amanda Brown |
| | Northlake, IL   60164 | **Req'd Date On Site:** | 4/14/23 |
| | 708-409-1200 | **Payment Terms:** | Net 30 Days |

| **Invoice :** | RK Industries, LLC | **Delivery Address:** | RK Mission Critical, LLC |
|---|---|---|---|
| | 3800 Xanthia Street | | 17450 E 32nd Place |
| | Denver, CO  80238-1757 | | Aurora, CO   80011 |
| | | **Attention:** | |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SPA Engineering FOAK + Localized (NBY-3A FR2) RE: Quotation 253968 Rev 09 | Quote# 253967 | | | EA | 1.00 | 147,685.0000 | 147,685.00 | 04/14/2023 | | |
| | S18 Zone 2 (gPOER v3.0) Cable Bus Enclosure  DELETED | Quote# 253968 | | | EA | 1.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| | S18 Zone 2 (gPOER v3.0) Cable Bus Enclosure | Quote# 253968 | | | EA | 1.00 | 1,041,637.0000 | 1,041,637.00 | 04/14/2023 | | |
| | S18 Zone 2 (gPOER v3.0) Cable (Southewire - 152,640' LV AL Power Cable) | Quote# 253968 | | | EA | 1.00 | 718,471.0000 | 718,471.00 | 05/05/2023 | | |
| | S14 Zone 2 (gPOER v3.0) Cable (Southwire - 27,480' LV+MV Power Cable) | Quote# 253968 | | | EA | 1.00 | 329,169.0000 | 329,169.00 | 07/28/2023 | | |
| | Retaining Clips To Module Structural Steel (S18) | Quote# 253968 | | | EA | 1.00 | 10,125.0000 | 10,125.00 | 04/14/2023 | | |
| | Retaining Clips To Module Structural Steel (S14) | Quote# 253968 | | | EA | 1.00 | 11,875.0000 | 11,875.00 | 04/14/2023 | | |
| | Freight -  DDP (S18-Denver, CO) | Quote# 253968 | | | EA | 1.00 | 33,480.0000 | 33,480.00 | 04/14/2023 | | |
| | Freight - DDP (S18 - NYOB03 Site) | | | | EA | 1.00 | 6,480.0000 | 6,480.00 | 05/05/2023 | | |

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com



**RK** SM

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

| | |
|---|---|
| **PO #:** | |
| **MCINV-JO004** | |

**Project Name**: Project SOCIOS

| | | | |
|---|---|---|---|
| **Vendor:** | **Powell Electrical Systems Inc**<br>515 Railroad Ave<br>Northlake, IL   60164<br>708-409-1200 | **Date Ordered:**<br>**Ordered By:**<br>**Req'd Date On Site:**<br>**Payment Terms:** | 03/09/2023<br>Amanda Brown<br>4/14/23<br>Net 30 Days |
| **Invoice :** | RK Industries, LLC<br>3800 Xanthia Street<br>Denver, CO  80238-1757 | **Delivery Address:**<br><br>**Attention:** | RK Mission Critical, LLC<br>17450 E 32nd Place<br>Aurora, CO   80011 |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freight DDP (S14 - Denver, CO) | | | | EA | 1.00 | 29,760.0000 | 29,760.00 | 07/07/2023 | | |
| | Freight DDP (S14 - NYOB03 Site) | | | | EA | 1.00 | 6,480.0000 | 6,480.00 | 07/28/2023 | | |
| | 7-Year Epidemic Failure Warranty (S18 FR2) | | | | EA | 1.00 | 31,553.0000 | 31,553.00 | 04/14/2023 | | |
| | 7-Year Epidemic Failure Warranty (S14 FR2) | | | | EA | 1.00 | 9,284.0000 | 9,284.00 | 07/07/2023 | | |
| | Accordian Program Support Warranty (S18 FR2) | | | | EA | 1.00 | 34,200.0000 | 34,200.00 | 04/14/2023 | | |
| | Accordian Program Support Warranty (S14 FR2) | | | | EA | 1.00 | 30,200.0000 | 30,200.00 | 07/07/2023 | | |
| | Seismic Certification (S18 Configuration - 12 x 25) | | | | EA | 1.00 | 18,000.0000 | 18,000.00 | 04/14/2023 | | |
| | Seismic Certification (S14 Configuration - 10 x 12) | | | | EA | 1.00 | 18,000.0000 | 18,000.00 | 07/07/2023 | | |
| | Seismic Certification (S14 Configuration - 10 x 20) | | | | EA | 1.00 | 18,000.0000 | 18,000.00 | 07/07/2023 | | |

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com



**RK** SM

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

| PO #: |
|---|
| **MCINV-JO004** |

**Project Name**: Project SOCIOS

| Vendor: | Powell Electrical Systems Inc | | Date Ordered: | 03/09/2023 |
|---|---|---|---|---|
| | 515 Railroad Ave | | Ordered By: | Amanda Brown |
| | Northlake, IL   60164 | | Req'd Date On Site: | 4/14/23 |
| | 708-409-1200 | | Payment Terms: | Net 30 Days |

| Invoice : | RK Industries, LLC | Delivery Address: | RK Mission Critical, LLC |
|---|---|---|---|
| | 3800 Xanthia Street | | 17450 E 32nd Place |
| | Denver, CO  80238-1757 | | Aurora, CO   80011 |
| | | Attention: | |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seismic Certification (S14 Configuration - 5 x 12) | | | | EA | 1.00 | 18,000.0000 | 18,000.00 | 07/07/2023 | | |
| 9435 | BUS DUCT STRAIGHT 51-13/16X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180101SL01 | | Powell | | EA | 3.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9437 | BUS DUCT STRAIGHT 54X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 10.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9438 | BUS DUCT STRAIGHT 57-5/8X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 12.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9439 | BUS DUCT STRAIGHT 29-1/4X27-1/2X12"; 1 DIVIDER; W/ LID PL 2434180101SL01 | | POWELL | | EA | 16.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9440 | BUS DUCT STRAIGHT 48-5/8X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 17.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9436 | BUS DUCT STRAIGHT 32-7/8X27-1/2X12"; 1 DIVIDER; W/ LID PL 2434180101SL01 | | POWELL | | EA | 6.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9447 | BUS DUCT STRAIGHT 25-3/4X27-1/2X12"; 1 DIVIDER; W/ LID PL 2434180101SL01 | | POWELL | | EA | 11.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9447 | BUS DUCT STRAIGHT 25-3/4X27-1/2X12"; 1 DIVIDER; W/ LID PL 2434180101SL01 | | POWELL | | EA | 15.00 | 0.0000 | 0.00 | 04/14/2023 | | |

# Purchase Order

**Please send all invoices to Accounts Payable:**     accountspayable@rkindustries.com



**RK** SM

| | |
|---|---|
| **PO #:** | |

## MCINV-JO004

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

**Project Name**: Project SOCIOS

| | | | |
|---|---|---|---|
| **Vendor:** | **Powell Electrical Systems Inc**<br>515 Railroad Ave<br>Northlake, IL  60164<br>708-409-1200 | **Date Ordered:**<br>**Ordered By:**<br>**Req'd Date On Site:**<br>**Payment Terms:** | 03/09/2023<br>Amanda Brown<br>4/14/23<br>Net 30 Days |

| | | | |
|---|---|---|---|
| **Invoice :** | RK Industries, LLC<br>3800 Xanthia Street<br>Denver, CO  80238-1757 | **Delivery Address:**<br><br><br>**Attention:** | RK Mission Critical, LLC<br>17450 E 32nd Place<br>Aurora, CO   80011 |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9441 | BUS DUCT STRAIGHT 143-3/4X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 5.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9442 | BUS DUCT STRAIGHT 143-11/16X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 8.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9445 | BUS DUCT STRAIGHT 143-3/4X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 14.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9444 | BUS DUCT STRAIGHT 143-11/16X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 13.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9443 | BUS DUCT STRAIGHT 143-3/4X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 9.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9448 | BUS DUCT OFFSET68-5/8"; 3 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 4.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9449 | BUS DUCT 90°;79"; 3 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 7.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9450 | BUS DUCT 90°;79"; 3 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 18.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9465 | WASHER; SPLIT LOCK; 5/16", 0.5781"OD, 0.0781"THICK, 316SS PL 2434180101SL01 | | POWELL | | EA | 624.00 | 0.0000 | 0.00 | 04/14/2023 | | |

# Purchase Order

**Please send all invoices to Accounts Payable:**     accountspayable@rkindustries.com



**RK** SM

| PO #: |
|---|
| **MCINV-JO004** |

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

**Project Name**: Project SOCIOS

| Vendor: | **Powell Electrical Systems Inc** | | **Date Ordered:** | 03/09/2023 |
|---|---|---|---|---|
| | 515 Railroad Ave | | **Ordered By:** | Amanda Brown |
| | Northlake, IL   60164 | | **Req'd Date On Site:** | 4/14/23 |
| | 708-409-1200 | | **Payment Terms:** | Net 30 Days |

| Invoice : | RK Industries, LLC | **Delivery Address:** | RK Mission Critical, LLC |
|---|---|---|---|
| | 3800 Xanthia Street | | 17450 E 32nd Place |
| | Denver, CO  80238-1757 | | Aurora, CO   80011 |
| | | **Attention:** | |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9466 | WASHER; FLAT; 5/16", 0.75"OD, 0.0468"THICK, 316SS PL 2434180101SL01 | | POWELL | | EA | 1,248.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9467 | NUT; HEX; 5/16-18, 316SS PL 2434180101SL01 | | POWELL | | EA | 624.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9468 | BOLT; HEX; 5/16-18 1", 316SS PL 2434180101SL01 | | POWELL | | EA | 624.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9469 | JOINER STRIP; 25NOM PL 2434180101SL01 | | POWELL | | EA | 52.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9470 | PLATE; SPLICE GROUND; 12NOM PL 2434180101SL01 | | POWELL | | EA | 52.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9461 | BUS DUCT STRAIGHT 41-9/16X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180101SL01 | | POWELL | | EA | 4.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9460 | BUS DUCT STRAIGHT 144X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 16.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9462 | BUS DUCT WATERFALL STRAIGHT 113-5/8" W/ BRACKETS;7DIVIDERS PL 2434180103SL01 | | POWELL | | EA | 6.00 | 0.0000 | 0.00 | 04/14/2023 | | |

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com



**RK** SM

3800 Xanthia Street
Denver, CO 80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info: taxinfo@rkmi.com

| PO #: |
|---|

# MCINV-JO004

**Project Name:** Project SOCIOS

| Vendor: | Powell Electrical Systems Inc | | **Date Ordered:** | 03/09/2023 |
|---|---|---|---|---|
| | 515 Railroad Ave | | **Ordered By:** | Amanda Brown |
| | Northlake, IL 60164 | | **Req'd Date On Site:** | 4/14/23 |
| | 708-409-1200 | | **Payment Terms:** | Net 30 Days |

| Invoice : | RK Industries, LLC | **Delivery Address:** | RK Mission Critical, LLC |
|---|---|---|---|
| | 3800 Xanthia Street | | 17450 E 32nd Place |
| | Denver, CO 80238-1757 | | Aurora, CO 80011 |
| | | **Attention:** | |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9463 | BUS DUCKT VERTICLE ELBOW; 52-1/2";2 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 7.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9464 | BUS DUCKT VERTICLE ELBOW; 52-3/8";2 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 5.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9457 | BUS DUCT STRAIGHT 143-5/8X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 14.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9452 | BUS DUCT STRAIGHT 63-1/2X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 8.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9454 | BUS DUCT STRAIGHT 54-5/8X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 11.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9455 | BUS DUCT STRAIGHT 24X27-1/2X12"; 1 DIVIDER; W/ LID PL 2434180103SL01 | | POWELL | | EA | 12.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9456 | BUS DUCT STRAIGHT 58-5/8X27-1/2X12"; 2 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 13.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9458 | BUS DUCT STRAIGHT 143-11/16X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 15.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9451 | BUS DUCT STRAIGHT 143-3/4X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 3.00 | 0.0000 | 0.00 | 04/14/2023 | | |

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com



**RK** SM

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

| PO #: |
|---|
| **MCINV-JO004** |

**Project Name**: Project SOCIOS

| Vendor: | **Powell Electrical Systems Inc** | **Date Ordered:** | 03/09/2023 |
|---|---|---|---|
| | 515 Railroad Ave | **Ordered By:** | Amanda Brown |
| | Northlake, IL   60164 | **Req'd Date On Site:** | 4/14/23 |
| | 708-409-1200 | **Payment Terms:** | Net 30 Days |

| Invoice : | RK Industries, LLC | **Delivery Address:** | RK Mission Critical, LLC |
|---|---|---|---|
| | 3800 Xanthia Street | | 17450 E 32nd Place |
| | Denver, CO  80238-1757 | | Aurora, CO   80011 |
| | | **Attention:** | |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9453 | BUS DUCT STRAIGHT 143-3/4X27-1/2X12"; 5 DIVIDERS; W/ LID PL 2434180103SL01 | | POWELL | | EA | 10.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9471 | 1/2"-13 SPRING NUT-STAINLESS STEEL | | POWELL | | EA | 500.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9472 | BOLT; HEX; 1/2-13 1.75", 18-8SS | | POWELL | | EA | 500.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9473 | WASHER; FLAT; 1/2", 1.375"OD,0.1875"THICK, 18-8SS | | POWELL | | EA | 500.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| 9474 | ANGLE CLIP 11GA. STEEL | | POWELL | | EA | 500.00 | 0.0000 | 0.00 | 04/14/2023 | | |
| | S14 Zone 2 (gPOER v3.0) Perun Cable Bus Enclosure | | | | EA | 1.00 | 137,098.0000 | 137,098.00 | 04/14/2023 | | |
| | S14 Zone 2 (gPOER v3.0) Cable Bus Enclosure | | | | EA | 1.00 | 297,594.0000 | 297,594.00 | 04/14/2023 | | |
| | S14 Zone 2 (gPOER v3.0) Perun Cable (Southwire - 12,698' MV CU Power Cable) | | | | EA | 1.00 | 223,838.0000 | 223,838.00 | 04/14/2023 | | |
| | Freight - DDP (S14 Perun - Denver, CO) | | | | EA | 1.00 | 13,710.0000 | 13,710.00 | 04/14/2023 | | |

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com

| PO #: |
| --- |
| **MCINV-JO004** |

**rk**
**RK** SM

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

**Project Name**: Project SOCIOS

| Vendor: | Powell Electrical Systems Inc | | **Date Ordered:** | 03/09/2023 |
| --- | --- | --- | --- | --- |
| | 515 Railroad Ave | | **Ordered By:** | Amanda Brown |
| | Northlake, IL   60164 | | **Req'd Date On Site:** | 4/14/23 |
| | 708-409-1200 | | **Payment Terms:** | Net 30 Days |

| Invoice : | RK Industries, LLC | **Delivery Address:** | RK Mission Critical, LLC |
| --- | --- | --- | --- |
| | 3800 Xanthia Street | | 17450 E 32nd Place |
| | Denver, CO  80238-1757 | | Aurora, CO   80011 |
| | | **Attention:** | |

| RKMC Part # | Description | Vendor Part # | MFG # | MPN | UM | Units | Unit Cost | Total | Date Required | Original Commit | Revised Commit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Freight - DDP (S14 Perun - NYB03 Site) | | | | EA | 1.00 | 2,985.0000 | 2,985.00 | 09/01/2023 | | |
| | 7 Year Epidemic Failure Warranty (S14 Perun) | | | | EA | 1.00 | 4,114.0000 | 4,114.00 | 09/01/2023 | | |
| | Accordian Program Support (S14 Perun-FR1) | | | | EA | 1.00 | 6,956.0000 | 6,956.00 | 09/01/2023 | | |
| | | | | | | | **Subtotal** | 3,198,694.00 | | | |
| | | **Tax Information For Internal Use Only** | | | | | **Tax:  0.00%** | | | | |
| | | | | | | | **Total** | 3,198,694.00 | | | |

**Notes:**

# Purchase Order

**Please send all invoices to Accounts Payable:** accountspayable@rkindustries.com



**RK** SM

| PO #: |
| --- |

## MCINV-JO004

3800 Xanthia Street
Denver, CO  80238
Phone: 303-355-9696
Fax: (303) 355-8666
Tax Info:  taxinfo@rkmi.com

**Project Name**: Project SOCIOS

**For Tax Info Email:**
**taxinfo@rkmi.com**

Purchasing Contact: Amanda Brown

Vendor Contact: