# Exhibit 6


### *Change Order Request - Authorization*

| | |
|---|---|
| **Customer** | RK Industries |
| **Project Name** | NBY3A Open Change Orders |
| **Project #** | 253967 |
| **PO#** | MCINV-JO004 |
| **CO#** | Summary REV 2 |
| **CO Quote Date** | 3/19/24 |
| **Validity Date** | 3/20/24 |
| **Response Date** | 3/20/24 |

| | | |
|---|---|---|
| **Previous PO Value** | $ | 3,198,694.00 |
| **Change Order Value** | $ | 678,625.22 |
| **NEW PO Value** | $ | 3,877,319.22 |
| | | * taxes not included |

**To:** -

-

**Authorization Response Date**   3/20/24

| Accept | Decline | Additions/Deductions/Changes | PRICE |
|---|---|---|---|
| | | 2500FT Extra 600MCM AL LV Cable | $15,000.00 |
| | | Unistrut Clip Assemblies | $15,470.00 |
| | | Additional Cable - S18 FR2 (As Coordinated) | $176,088.06 |
| | | Additional Cable - S14EXT FR2 (As Coordinated) | ($229.06) |
| | | Additional Cable - S14 LV FR2 (As Coordinated) | ($39,249.63) |
| | | Additional Cable - S14 MV FR2 (Scope Reduction) | ($196,092.54) |
| | | ONIP Cable Cut Charges (via SW) | $19,618.00 |
| | | FR1 / FR2 Cable Bus Re-Route via SB Direction | $15,201.26 |
| | | Site Damaged / Lost Components via SB Direction | $96,206.49 |
| | | Additional cable requested by Site (3655', 500 MCM MV CU) | $67,364.55 |
| | | Additional cable requested by Site (5054', 600 MCM LV CU) | $69,167.66 |
| | | Additional cable requested by Site (8023', 556 MCM GND AL) | $28,272.45 |
| | | 750 pcs Cable Support Blocks (Perun SOW Gap) via SB Direction | $26,250.00 |
| | | Windows Cable Lugs (Per SB Direction) after Sub Request Approval | $38,160.00 |
| | | Missing Perun 12' Section | $4,800.00 |
| | | Freight Charges to Support Urgent Site Requests | $21,450.00 |
| | | Additional "GO" Kits Requested By Site (24 Kits for 500MCM MV CU) | $16,560.00 |
| | | 3M 500MCM MV CU Cable Splice Kit | $11,617.20 |
| | | Perun S10 / S14 Extension - 50 Covers | $25,750.00 |
| | | Ground Clamps - PN FC575 - Qty. 200 | $7,840.00 |
| | | FOAK Costs | $ 259,380.78 |
| | | **Total Change Order #Summary REV 2 Price** ⟶ | **$678,625.22** |

If you have any questions or require any additional information, please contact me.

Sincerely,

*Lisa Macchione*

Phone:       708.638.6320
Email:       lisa.macchione@powellind.com
                                          .

| **Change Order Approval** |
|---|
| X_____ |
| **Customer Authorization (Signature and Date)** |