# Exhibit 7

|  | | | | Powell Electrical Systems, Inc,Electrical Division | **REMIT TO :** | | **Invoice No** | 10024059 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| ![POWELL logo] | | | **Invoice No** | 10024059 |
| | | | **Invoice Date** | 25-AUG-23 |
| | | | **Project/Order No** | 253967 |
| | | | **Page** | 1 of 1 |
| Powell Electrical Systems, Inc,Electrical Division<br>Northlake<br>515 Railroad Ave.<br>Northlake,IL,60164,Cook,United States<br>Phone 708-409-1200<br><br>FED TAXID NO : 74-1245849 | **REMIT TO :**<br>Powell Electrical Systems, Inc<br>PO Box 843823<br>Dallas TX 75284-3823 | | **Invoice Due Date** | 24-SEP-23 |
| | | | **Purchase Order #** | MCINV-JO004 |
| | | | **Terms** | 30 NET |
| | | | **FOB** | |
| | | | **Ship Date** | |
| | | | **Ship Via** | |
| | | | **BOL** | |
| **BILL TO :**<br>Cust No: 58984<br>RK Industries<br>Attn: Accounts Payable<br>3800 Xanthia Street<br>accountspayable@rkindustries.com<br>Denver CO 80236-1757 | **COMMENTS :** | | **SHIP TO:**<br>RK Industries<br>RK Mission Critical LLC<br>17450 E 32nd Place<br>Aurora CO 80011-3330 | |

# INVOICE

| ITEM | QTY | UOM | DESCRIPTION | UNIT PRICE(USD) | EXTENDED PRICE(USD) |
|---|---|---|---|---|---|
| | 1 | Each | 20% Order Acceptance | 384,885.81 | 384,885.81 |
| | 1 | Each | 30% Completion of RTM | 577,328.71 | 577,328.71 |
| | 1 | Each | 50% Ready for Shipment | 962,214.51 | 962,214.51 |

**Tax Summary**

| TAX NAME | TAX REGISTRATION NO | TAX RATE (%) | INCLUSIVE TAX | TAX PRECEDENCE | TAX EXTENDED AMOUNT |
|---|---|---|---|---|---|
| USCO_O2C_20697 | | 0.00 | No | | 0.00 |
| USCO_O2C_19896 | | 0.00 | No | | 0.00 |
| USCO_O2C_1257 | | 0.10 | No | | 0.00 |
| USCO_O2C_18756 | | 1.00 | No | | 0.00 |
| USCO_O2C_253 | | 2.90 | No | | 0.00 |
| USCO_O2C_20696 | | 3.75 | No | | 0.00 |

| | |
|---|---|
| **\*\*Electronic Transfer Instructions\*\***<br>**BANK OF AMERICA TEXAS, N.A.**<br>**SWIFT:**<br>**WIRE ABA ROUTING#:**<br>**ACH ABA ROUTING#:**<br>**ACCOUNT#**<br>**REFERENCE :**<br>**ACCOUNT NAME:POWELL ELECTRICAL SYSTEMS,INC,HOUSTON, TX 77075** | **Goods Total** 1,924,429.03<br>**TAX** 0.00<br>**Freight** 0.00<br><br>**Total Invoice Amount (USD)** 1,924,429.03 |